ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | * | |
| Plaintiff, | * | Criminal No. 05-20339 |
| v. | * | |
| LARRY MOSS, JEFF MOSS, BEVERLY MOSS, | * | FILED IN OPEN COURT |
| | * | DATE: 9-22-2005 |
| Defendants. | * | TIME: 11:13 Am |
| | | INITIALS: J.T. |

## ORDER FOR SPECIAL ADMISSION TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

Upon consideration of Donald M. Ré's Application for Special Admission to the Bar of the United States District Court for the Western District of Tennessee, and good cause appearing therefore,

IT IS HEREBY ORDERED that Donald M. Ré is admitted to *pro hac vice* to represent defendants Larry Moss, Jeffrey Moss and Beverly Moss.

DATED: 9-22-2005

HONORABLE BERNICE B. DONALD
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

## CERTIFICATE OF MAILING

I, HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail on September __, 2005, to all parties on the attached service list.

 

DONALD M. RÉ
California State Bar No. 49079

## SERVICE LIST

Dan L. Newsom, AUSA
United States Attorney's Office
167 North Main Street, 8th Floor
Federal Building
Memphis, TN 38103-1898


Richard Steingard
Attorney at Law
800 Wilshire Blvd., Suite 1510
Los Angeles, CA 90017

Bob Chadwell
McKay Chadwell
600 University Street
Suite 1601
Seattle, WA 98101

Robert Ritchie
Steve Johnson
Ritchie, Fels, & Dillard
606 W. Main Avenue
Knoxville, TN 37901

Michael Koblenz
Mound, Cotton, Woolan
   & Greengrass
One Battery Park Plaza
New York, NY 10004-1486

Kemper Durand, Esq.
29th Floor One Commerce Square
Suite 2900
40 Main Street
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20339 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Donald Maurice Re
A PROFESSIONAL LAW CORPORATION
624 South Grand Avenue
22nd Floor
Los Angeles, CA 90017

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT