IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 18 AM 6:48

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | * | ORIGINAL |
| Plaintiff, | * | Criminal No. 05-20339 |
| v. | * | |
| LARRY MOSS, JEFF MOSS, BEVERLY MOSS, | * | |
| Defendants. | * | |

## ORDER

GOOD CAUSE appearing from the Ex Parte application of the defendant Jeff Moss and the Government interposing no objection,

NOW, THEREFORE, IT IS ORDERED that:

1. The Judgment and Commitment Order and Probation Order of the defendant Jeff Moss are amended to strike therefrom the requirement that the defendant shall "submit to one drug test within fifteen days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer."

DATED: October 17, 2005

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20339 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Donald Maurice Re
A PROFESSIONAL LAW CORPORATION
624 South Grand Avenue
22nd Floor
Los Angeles, CA 90017

Honorable Bernice Donald
US DISTRICT COURT